# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2025

## NO. 03-23-00336-CV

**Thomas Luke Ponzio, Appellant**

**v.**

**Alexis Ponzio, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE TRIANA
CONCURRING AND DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on April 6, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court affirms in part and reverses and remands in part the trial court's judgment consistent with the Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.